No. 93–112. PRITCHARD ET UX. *v.* GOODIE ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–113. BERTHOLD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–114. LEGACY, LTD. *v.* CHANNEL HOME CENTERS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–117. BRISCOE *v.* DEVALL TOWING & BOAT SERVICE OF HACKBERRY, INC. C. A. 5th Cir. Certiorari denied.

No. 93–118. KRIEGEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–119. CADLE CO. II, INC. *v.* CHASTEEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–121. WHITE PLAINS TOWING CORP., DBA DON'S TOWING, ET AL. *v.* WRIGHT ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–124. MICK ET AL. *v.* RESOLUTION TRUST CORPORATION, CONSERVATOR FOR IRVING FEDERAL SAVINGS & LOAN ASSN. C. A. 3d Cir. Certiorari denied.

No. 93–126. SYVERSEN ET AL. *v.* SUMMIT WOMEN'S CENTER WEST, INC. C. A. 2d Cir. Certiorari denied.

No. 93–129. HAMANN *v.* THRELKEL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–132. DVORAK *v.* FRITZ. C. A. 5th Cir. Certiorari denied.

No. 93–133. SEALE *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 93–134. GRIFFITHS *v.* CIGNA CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–135. BURGESS *v.* STERN ET AL. Sup. Ct. S. C. Certiorari denied.